# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYIKMAT KHORANI,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>USCIS, DHS, FBI and FEDERAL GOVERNMENT, 880 FRONT STREET, SAN DIEGO, CA 92101,<br><br>　　　　　　　Defendants. | CASE NO. 07CV0311-LAB (LSP)<br><br>**ORDER OF DISMISSAL** |

On September 21, 2007, the Court ordered Plaintiff to show cause within 14 calendar days why this case should not be dismissed without prejudice both for failure to serve Defendants and for failure to prosecute. The order required Plaintiff to file both proofs of service and a memorandum of points and authorities explaining why this action should not be dismissed. The order cautioned Plaintiff that, if he failed to do so as ordered, the action could be dismissed without further notice to him.

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff has neither filed proofs or service, nor shown cause, nor sought relief from the Court's order. Therefore, pursuant to Fed. R. Civ. P. 4(m) and Civil Local Rule 41.1, this action is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to serve Defendants.

**IT IS SO ORDERED**.

DATED: October 9, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge